**Fill in this information to identify the case:**

Debtor name: **232 SEIGEL ACQUISITION LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known): **20-22845**

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**NYC Dept of Finance**<br>**attn: Legal Affairs**<br>**345 Adams St, 3rd Floor**<br>**Brooklyn, NY 11201-3719**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | **$25,908.38** | **$25,908.38** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Advanced Builders Services NY Corp**<br>**18 Heyward St, 3rd Floor**<br>**Brooklyn, NY 11249**<br>Date(s) debt was incurred **7/5/2016**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | | **$7,486.50** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**All Island Masonry & Concrete Inc**<br>**16 Wanda Terrace**<br>**Farmingville, NY 11738**<br>Date(s) debt was incurred **4/4/16 and 7/5/16**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | | **$1,688,670.16** |

| Debtor | **232 SEIGEL ACQUISITION LLC** | Case number (if known) | **20-22845** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Dunn Co Safety LLC**<br>**46-39 11th St**<br>**Long Island City, NY 11101**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Safety Management**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$49,610.00** |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**ER 215 Moore Holdings LLC**<br>**c/o Goulston & Storrs PC**<br>**400 Atlantic Avenue**<br>**Boston, MA 02110-3333**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Guarantee**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,500,000.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**ISSM Protective Service Inc.**<br>**33 Mountain Ave**<br>**Monsey, NY 10952**<br><br>Date(s) debt was incurred  **11/1/2016**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$19,426.61** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Mint Construction**<br>**55 North 10th Street**<br>**Brooklyn, NY 11249**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$400,000.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Richard Rivera**<br>**c/o Newman Anzalone & Newman, LLP**<br>**Attn Gregory Newman**<br>**95-25 Queens Blvd, Fl 11**<br>**Rego Park, NY 11374**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Personal Injury**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Salamon Engineering Pllc**<br>**330 West 38th St, Suite 402**<br>**New York, NY 10018**<br><br>Date(s) debt was incurred  **5/8/2015**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$92,900.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Structural Engineering Technologies, P.C**<br>**40-12 28th St**<br>**Long Island City, NY 11101**<br><br>Date(s) debt was incurred  **6/10/2015**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$27,925.00** |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

| Debtor | **232 SEIGEL ACQUISITION LLC** | Case number (if known) | **20-22845** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Siegel & Siegel**<br>**One Penn Plaza 2414**<br>**Attn Michael D Siegel**<br>**New York, NY 10119** | Line  **3.3**<br><br>☐   Not listed. Explain ____ | _ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | **25,908.38** |
| **5b. Total claims from Part 2** | 5b.   **+**   $ | **6,786,018.27** |
| **5c. Total of Parts 1 and 2**<br>       Lines 5a + 5b = 5c. | 5c.   $ | **6,811,926.65** |