| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | 232 Seigel Acquisition LLC<br>Name | EIN: | 81–3239782 |
| United States Bankruptcy Court | Southern District of New York | Date case filed in chapter: | 11    7/14/20 |
| Case number: | 20–22845–rdd | Date case converted to chapter: | 7    10/15/21 |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case

12/17

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. Debtor's full name | 232 Seigel Acquisition LLC | |
| 2. All other names used in the last 8 years | | |
| 3. Address | 679 Driggs Avenue<br>Brooklyn, NY 11211 | |
| 4. Debtor's attorney<br>Name and address | Mark A. Frankel<br>Backenroth Frankel & Krinsky, LLP<br>800 Third Avenue<br>11th Floor<br>New York, NY 10022 | Contact phone (212) 593–1100<br>Email: mfrankel@bfklaw.com |
| 5. Bankruptcy trustee<br>Name and address | Howard P. Magaliff<br>Howard P. Magaliff – Chapter 7 Trustee<br>335 Madison Avenue<br>9th Floor<br>New York, NY 10017 | Contact phone 646–453–7851<br>Email: trustee@r3mlaw.com |
| 6. Bankruptcy clerk's office<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | 300 Quarropas Street<br>White Plains, NY 10601<br><br>Clerk of the Bankruptcy Court:<br>Vito Genna | Office Hours: Monday – Friday 8:30 AM – 5:00 PM<br><br>Contact phone 914–467–7250<br>Date: 10/19/21 |
| 7. Meeting of creditors<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 19, 2021 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Cell phones are not permitted in the Courthouse without an Attorney Secure Pass which can be obtained at the U.S. District Court Clerk's Office.** | Location:<br><br>**Teleconference \*ONLY\*, Contact Trustee (see Trustee Section), for direction** |
| 8. Proof of claim | No property appears to be available to pay creditors. Therefore, other than claims secured by a security interest in the principal residence, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>Deadline for holder(s) of a claim secured by a security interest in the principal residence pursuant to Rule 3002(c)(7)(A): | **Filing deadline:** 70 days after the order for relief is entered. |
| 9. | | |

| **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |