

**HOWARD P. MAGALIFF**

Direct 646.453.7854
Cell 203.417.4070
Fax 212.913.9644
Email hmagaliff@r3mlaw.com

May 19, 2022

**VIA ECF**

Clerk, United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:   *232 Seigel Acquisition LLC*, Debtor, Case No. 20-22845
             *232 Seigel Development LLC*, Debtor, Case No. 20-22844

Dear Clerk:

    This letter is to provide a status of the above-referenced jointly-administered cases.

    I am receiving documents pursuant to a subpoena and will be scheduling depositions shortly.

Sincerely,

Howard P. Magaliff, Trustee

{00041334v1}